UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 01536
    ORA DELL WILLIAMS
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5909

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/21/2006 and was confirmed 04/12/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 09/27/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSEC W/INTER | 4520.54 | 308.19 | 4520.54 |
| FINGERHUT CREDIT ADVANTA | UNSEC W/INTER | 138.23 | 8.23 | 138.05 |
| MIDWEST ORTHOPAEDICS AT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NORMS HEATING & A C | NOTICE ONLY | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY MEDICAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RUSH OAK PARK HOSPITAL | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RUSH OAK PARK HOSPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNIVERSITY ANESTHESIOLOG | UNSEC W/INTER | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | .00 | .00 | .00 |
| LEDFORD & WU | DEBTOR ATTY | 2,500.00 | | 2,500.00 |
| TOM VAUGHN | TRUSTEE | | | 421.49 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 7,896.50 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 4,658.59 |
|     INTEREST | | 316.42 |
| ADMINISTRATIVE | | 2,500.00 |
| TRUSTEE COMPENSATION | | 421.49 |
| DEBTOR REFUND | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 01536 ORA DELL WILLIAMS

```
                    ---------------        ---------------
TOTALS                   7,896.50               7,896.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                          /s/ Tom Vaughn

  Dated: 01/28/08                _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE